■ In the Matter of BARRY ARKIM, Petitioner, v KEVIN M. DILLON, as District Attorney of Erie County, et al., Respondents. [635 NYS2d 905] —Petition unanimously dismissed without costs. Memorandum: Petitioner commenced this original CPLR article 78 proceeding "in the nature of Prohibition and Mandamus" seeking to compel respondents to proceed on petitioner's CPL article 440 motion that is pending in Erie County Court. The petition must be dismissed because petitioner failed to establish that he served the District Attorney, a necessary party, with a copy of the notice of petition and petition *(see,* CPLR 312-a). (Original Proceeding Pursuant to CPLR art 78.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.

■ MARY VARGOVICH, Respondent, v AMERICAN EQUITY ADVISORS, INC., Also Known as MARINE BUFFALO ASSOCIATES, Respondent, and HELD'S JANITORIAL SERVICES, INC., et al., Appellants. [636 NYS2d 710] —Order unanimously affirmed with costs. Memorandum: In this slip-and-fall case, Supreme Court properly granted summary judgment to defendant American Equity Advisors, Inc., also known as Marine Buffalo Associates (Marine). There is no evidence that Marine had either active or constructive notice of the allegedly dangerous condition causing plaintiff's injury or that it had created that dangerous condition *(see, Eddy v Tops Friendly Mkts.,* 91 AD2d 1203, *affd* 59 NY2d 692). The court also properly denied the motions for summary judgment of defendants Held's Janitorial Services, Inc. and M & T Rug Cleaners, Inc. Those defendants failed to establish that they did not create the allegedly dangerous condition *(see, Ciesinski v Town of Aurora,* 202 AD2d 984, 984-985). (Appeals from Order of Supreme Court, Erie County, Whelan, J.—Summary Judgment.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.